# UNITED STATES DISTRICT COURT
### Southern District of Mississippi

SOUTHERN DISTRICT OF MISSISSIPPI
**FILED**
JAN 19 2017
ARTHUR JOHNSTON
BY_____ DEPUTY

| | | |
|---|---|---|
| UNITED STATES OF AMERICA<br>v.<br>DANLEY, TINA M | **Judgment in a Criminal Case**<br>(For a Petty Offense)<br><br>Case No.   1:17mj513<br>USM No.<br>Ellen Allred<br><hr>Defendant's Attorney | Agency No. SM9 |

**THE DEFENDANT:**

☑ **THE DEFENDANT** pleaded   ☑ guilty   ☐ nolo contendere to count(s)   Citations 6388051 and 6388053

☐ **THE DEFENDANT** was found guilty on count(s) _____

The defendant is adjudicated guilty of these offenses:

| Title & Section | Nature of Offense | Offense Ended | Citation No. |
|---|---|---|---|
| 18 U.S.C. § 13 | Operating Motor Vehicle Under Influence of Alcohol or Other (MS Code 63-11-30) | 7/14/2016 | 6388051 |
| 18 U.S.C. § 13 | Leaving the Scene of an Accident Involving Property Damage (MS Code 63-3-403) | 7/14/2016 | 6388053 |

The defendant is sentenced as provided in pages 2 through __4__ of this judgment.

☐ **THE DEFENDANT** was found not guilty on count(s) _____

☑ Count(s)  6386501, 6387803, 6387805   ☐ is   ☑ are   dismissed on the motion of the United States.

It is ordered that the defendant must notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs, and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant must notify the court and United States attorney of material changes in economic circumstances.

Last Four Digits of Defendant's Soc. Sec. No.: 4914

Defendant's Year of Birth: 1959

City and State of Defendant's Residence:
OCEAN SPRINGS, MS

1/18/2017
Date of Imposition of Judgment

*/s/ signature*
Signature of Judge

The Honorable Robert H. Walker    U.S. Magistrate Judge
Name and Title of Judge

JAN. 18, 2017
Date

AO 245I (Rev. 11/16)    Judgment in a Criminal Case for a Petty Offense
           Sheet 2 — Imprisonment

Judgment — Page  2  of  4

DEFENDANT: DANLEY, TINA M
CASE NUMBER: 1:17mj513

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Marshals to be imprisoned for a total term of:

Two (2) days on Citation 6388051 and two (2) days on Citation 6388053, to run concurrently and to be coordinated with the Marshals Service by United States Probation Office.

☒ The court makes the following recommendations to the United States Marshals

The defendant is to be housed at the Marshal Service at 2012 25th Street, Gulfport, MS., to include the waiting room if manpower is not available. The Court finds that it is not necessary for defendant to serve time at the Harrison County jail.

☐ The defendant is remanded to the custody of the United States Marshal.

☒ The defendant shall surrender to the United States Marshal for this district:
  ☐ at _____ ☐ a.m. ☐ p.m. on _____ .
  ☒ as notified by the United States Marshal.

☐ The defendant shall surrender for service of sentence at the institution designated by the Bureau of Prisons:
  ☐ before 2 p.m. on _____ .
  ☐ as notified by the United States Marshal.
  ☐ as notified by the Probation or Pretrial Services Office.

## RETURN

I have executed this judgment as follows:

Defendant delivered on _____ to _____
at _____ with a certified copy of this judgment.

_____
UNITED STATES MARSHAL

By _____
DEPUTY UNITED STATES MARSHAL

AO 245I (Rev. 11/16)  Judgment in a Criminal Case for a Petty Offense
Sheet 3 — Criminal Monetary Penalties

|  |  |
|---|---|
| DEFENDANT: DANLEY, TINA M | Judgment — Page 3 of 4 |
| CASE NUMBER: 1:17mj513 | |

## CRIMINAL MONETARY PENALTIES

The defendant must pay the total criminal monetary penalties under the schedule of payments on Sheet 4.

|  | **Assessment Fee** | **Processing Fee** | **Fine** | **Restitution** |
|---|---|---|---|---|
| TOTALS | $ 30.00 | $ 60.00 | $ | $ |

☐ The determination of restitution is deferred until _____. An *Amended Judgment in a Criminal Case* (AO 245C) will be entered after such determination.

☐ The defendant must make restitution (including community restitution) to the following payees in the amount listed below.

If the defendant makes a partial payment, each payee shall receive an approximately proportioned payment, unless specified otherwise in the priority order or percentage payment column below. However, pursuant to 18 U.S.C. § 3664(i), all nonfederal victims must be paid in full prior to the United States receiving payment.

| **Name of Payee** | **Total Loss**\*\* | **Restitution Ordered** | **Priority or Percentage** |
|---|---|---|---|
| | | | |

| TOTALS | $ 0.00 | $ 0.00 |
|---|---|---|

☐ Restitution amount ordered pursuant to plea agreement $ _____

☐ The defendant must pay interest on restitution or a fine of more than $2,500, unless the fine or restitution is paid in full before the fifteenth day after the date of the judgment, pursuant to 18 U.S.C. § 3612(f). All of the payment options on Sheet 4 may be subject to penalties for delinquency and default, pursuant to 18 U.S.C. § 3612(g).

☐ The court determined that the defendant does not have the ability to pay interest, and it is ordered that:

☐ the interest requirement is waived for  ☐ fine  ☐ restitution.

☐ the interest requirement for the  ☐ fine  ☐ restitution is modified as follows:

\* Justice for Victims of Trafficking Act of 2015, Pub. L. No. 114-22.
\*\* Findings for the total amount of losses are required under Chapters 109A, 110, 110A, and 113A of Title 18 for offenses committed on or after September 13, 1994, but before April 23, 1996.

AO 245I (Rev. 11/16)   Judgment in a Criminal Case for a Petty Offense
                       Sheet 4 — Schedule of Payments

Judgment — Page 4 of 4

DEFENDANT:    DANLEY, TINA M
CASE NUMBER:  1:17mj513

## SCHEDULE OF PAYMENTS

Having assessed the defendant's ability to pay, payment of the total criminal monetary penalties are due as follows:

**A** ☑ Lump sum payment of $ __90.00__ due immediately, balance due

    ☐ not later than _____ , or
    ☐ in accordance with ☐ C, ☐ D, ☐ E, or ☐ F below); or

**B** ☐ Payment to begin immediately (may be combined with ☐ C, ☐ D, or ☐ F below); or

**C** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after the date of this judgment; or

**D** ☐ Payment in equal _____ (e.g., weekly, monthly, quarterly) installments of $ _____ over a period of _____ (e.g., months or years), to commence _____ (e.g., 30 or 60 days) after release from imprisonment to a term of supervision; or

**E** ☐ Payment during the term of probation will commence within _____ (e.g., 30 or 60 days) after release from imprisonment. The court will set the payment plan based on an assessment of the defendant's ability to pay at that time; or

**F** ☐ Special instructions regarding the payment of criminal monetary penalties:

Unless the court has expressly ordered otherwise, if this judgment imposes imprisonment, payment of criminal monetary penalties is due during the period of imprisonment. All criminal monetary penalties, except those payments made through the Federal Bureau of Prisons' Inmate Financial Responsibility Program, are made to the clerk of the court.

The defendant shall receive credit for all payments previously made toward any criminal monetary penalties imposed.

☐ Joint and Several

    Defendant and Co-Defendant Names, Case Numbers (including defendant number), Total Amount, Joint and Several Amount, and corresponding payee, if appropriate.

☐ The defendant shall pay the cost of prosecution.

☐ The defendant shall pay the following court cost(s):

☐ The defendant shall forfeit the defendant's interest in the following property to the United States:

Payments shall be applied in the following order: (1) assessment, (2) restitution principal, (3) restitution interest, (4) fine principal, (5) fine interest, (6) community restitution, (7) JVTA assessment, (8) penalties, and (9) costs, including cost of prosecution and court costs.